UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| EGYPT EARTH-COLON ) | |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| ) | No. 5:22-CV-526-FL |
| DEPARTMENT OF ADMINISTRATION ) | |
| MAIL CENTER ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on the clerk's deficiency notice and subsequent failure to respond to court's order.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 7, 2023 and for the reasons set forth more specifically therein, this case is dismissed for plaintiff's failure to prosecute.

**This Judgment Filed and Entered on March 7, 2023, and Copies To:**
Egypt Earth-Colon (via US mail) 200 Pecan Road, Raleigh, NC 27603

March 7, 2023                                 PETER A. MOORE, JR. CLERK

                                                            /s/ Sandra K. Collins
                                                        (By) Sandra K. Collins, Deputy Clerk